IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY STANFORD,

    Plaintiff,                                    CIV. NO. S-11-2909 GEB CKD PS

    vs.

UNITED STATES OF AMERICA,             ORDER

    Defendant.

        Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to Local Rule 302(c)(21).  Defendant's motion to dismiss is presently noticed for hearing on the December 14, 2011 law and motion calendar of the undersigned.  Opposition to motions, or a statement of non-opposition thereto, must be filed fourteen days preceding the noticed hearing date.  E.D. Cal. L. R. 230(c).  Court records reflect that plaintiff failed to timely file opposition or a statement of non-opposition to the motion.

        Failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  E.D. Cal. L. R. 110; see Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).  Additionally, "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed."  E.D. Cal. L. R. 230(c).  Pro se litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor.

1

1  King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Jacobsen v. Filler, 790 F.2d 1362, 1364-65
2  (9th Cir.1986).  The Local Rules specifically provide that cases of persons appearing in propria
3  persona who fail to comply with the Federal and Local Rules are subject to dismissal, judgment
4  by default, and other appropriate sanctions.  E.D. Cal. L. R. 183.  The matter will therefore be
5  continued for hearing on a later date and plaintiff will be granted an extension of time to file
6  opposition.  Failure to file opposition will result in a recommendation that this action be
7  dismissed.
8              Plaintiff has filed a motion to remand but has not noticed the matter for hearing.
9  Defendant has filed opposition.  As established by Certification of Scope of Federal
10 Employment, this action was properly removed to federal court.  See dkt. no. 1-2; 28 U.S.C.
11 2679(d); see also Osborn v. Haley, 549 U.S. 225 (2007) (certification dispositive for purpose of
12 removal).  The motion to remand will therefore be denied.
13             Good cause appearing, IT IS HEREBY ORDERED that:
14             1. The hearing date of December 14, 2011 is vacated.  Hearing on defendant's
15 motion to dismiss is continued to January 11, 2012 at 10:00 a.m. in courtroom no. 26.
16             2. Plaintiff is directed to file opposition, if any, to the motions, or a statement of
17 non-opposition thereto, no later than December 14, 2011.  Failure to file opposition and appear at
18 hearing, or to file a statement of non-opposition, will be deemed a statement of non-opposition,
19 and shall result in submission of the matter on the papers and a recommendation that this action
20 be dismissed.
21             3. Reply, if any, shall be filed no later than December 21, 2011.
22             4. The motion to remand (dkt. no. 5) is denied.
23  Dated: December 2, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 - stanford.nop.con